UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

04 AUG 26 AM 10: 55

CLERK. U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

RYAN J. BLOM; DAVID BLOM
and BRENT KAILING,

                       Plaintiffs,        CASE NO: 04-CV-1278-ORL-gKS-Jgg

vs.

GSC WHITTCO, LLC and GLEN
WHITTAKER,

                       Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiffs, RYAN J. BLOM; DAVID BLOM and BRENT

KAILING (hereinafter referred to as "Plaintiffs"), by and through their undersigned

counsel and sues the Defendants, GSC WHITTCO, LLC and GLEN WHITTAKER

(hereinafter referred to collectively as the "Defendants"), and states as follows:

## INTRODUCTION

1.     This is an action by Plaintiffs against their former employer for unpaid

wages, pursuant to the Fair Labor Standards Act ("FLSA") and Chapter 448, Florida

Statutes. Plaintiff seeks damages and a reasonable attorney's fee.

## JURISDICTION

2.     This action arises under the Fair Labor Standards Act ("FLSA"), 29

U.S.C. Section 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to

29 U.S.C. Section 216(b) and for the state law claim under the doctrine of pendent

jurisdiction.

## VENUE

3.      The venue of this Court over this controversy is proper based upon the

claim arising in Orange City, Volusia County, Florida.

## THE PARTIES

4.      Plaintiff, RYAN J. BLOM, is an individual and a resident of Volusia

County, Florida, employed by Defendant, GSC WHITTCO, LLC, at is business located

in Orange City, Volusia County, Florida as sign tech assistant June 2003 through May 5,

2004.

5.      Plaintiff, DAVID BLOM, is an individual and a resident of Volusia

County, Florida, employed by Defendant, GSC WHITTCO, LLC, at is business located

in Orange City, Volusia County, Florida as a lighting technician from October 4, 2002

through May 5, 2004.

6.      Plaintiff, BRENT KAILING, is an individual and a resident of Volusia

County, Florida, employed by Defendant, GSC WHITTCO, LLC, at is business located

in Orange City, Volusia County, Florida as a sign installer from October 2002 through

May 5, 2004.

7.      The Defendant, GSC WHITTCO, LLC, is a Florida corporation operating

an installation and production company with an office located in Kissimmee, Florida.

Defendant, GSC WHITTCO, LLC, is an employer as defined by 29 U.S.C. Section

203(d).   The employer has employees subject to the provisions of the FLSA, 29 U.S.C.

Section 206, in the facility where Plaintiffs were employed.

8.     Plaintiffs were employees of GSC WHITTCO, LLC, and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

9.     Alternatively, Defendant, GSC WHITTCO, LLC, is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

10.    Defendant, GLEN WHITTAKER, was at all times material hereto, the owner and/or officer of Defendant, GSC WHITTCO, LLC.

11.    Defendant, GLEN WHITTAKER, at all times material hereto was acting directly or indirectly in the interest of Defendant, GSC WHITTCO, LLC, in relation to Plaintiffs' employment and was substantially in control of the terms and conditions of the employees' work and is therefore considered statutory employers under 29 U.S. C. 203(d).

12.    Plaintiffs have retained the Pantas Law Firm to represent them in this matter and have agreed to pay said firm a reasonable attorney's fee for its services.

**COUNT I**
**VIOLATION OF THE OVERTIME PROVISIONS**
**OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW AS TO**
**PLAINTIFF, RYAN J. BLOM**

13.    Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 12 above.

14.    Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at

which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally, for the following:

(a)    Unpaid overtime wages found to be due and owing;

(b)    An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c)    Prejudgment interest in the event liquidated damages are not awarded;

(d)    A reasonable attorney's fee and costs; and,

(e)    Such other relief as the Court deems just and equitable.

## COUNT II
## UNPAID WAGES UNDER FLORIDA STATUTES, CHAPTER 448 AS TO PLAINTIFF RYAN J. BLOM AND AS TO DEFENDANT, GSC WHITTCO, LLC

15.    Plaintiff re-alleges the allegations contained in paragraphs 1 through 12 above.

16.    This is an action brought pursuant to and arising under Chapter 448, Florida Statutes and Florida common law.

17.    Defendant, GSC WHITTCO, LLC, has willfully failed to pay Plaintiff wages/compensation due to him with regard to his previous employment. This constitutes unpaid wages, recoverable under Chapter 448, Florida Statutes and Florida common law.

18.     Pursuant to Chapter 448.08, <u>Florida Statutes</u>, Plaintiff is entitled to costs of the action and a reasonable attorney's fee.

WHEREFORE, Plaintiff requests judgment against the Defendant, GSC WHITTCO, LLC, for damages and prejudgment interest, together with costs of suit and reasonable attorney fees, and such other and further relief as the court may deem proper.

**COUNT III**
**VIOLATION OF THE OVERTIME PROVISIONS**
**OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW AS TO**
**PLAINTIFF, DAVID BLOM**

19.     Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 12 above.

20.     Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours.   Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally, for the following:

(a)     Unpaid overtime wages found to be due and owing;

(b)     An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c)     Prejudgment interest in the event liquidated damages are not

awarded;

(d)     A reasonable attorney's fee and costs; and,

(e)     Such other relief as the Court deems just and equitable.

## COUNT IV
## UNPAID WAGES UNDER FLORIDA STATUTES, CHAPTER 448 AS TO
## PLAINTIFF DAVID BLOM AND
## AS TO DEFENDANT, GSC WHITTCO, LLC

21.     Plaintiff re-alleges the allegations contained in paragraphs 1 through 12 above.

22.     This is an action brought pursuant to and arising under Chapter 448, Florida Statutes and Florida common law.

23.     Defendant, GSC WHITTCO, LLC, has willfully failed to pay Plaintiff wages/compensation due to him with regard to his previous employment. This constitutes unpaid wages, recoverable under Chapter 448, Florida Statutes and Florida common law.

24.     Pursuant to Chapter 448.08, Florida Statutes, Plaintiff is entitled to costs of the action and a reasonable attorney's fee.

WHEREFORE, Plaintiff requests judgment against the Defendant, GSC WHITTCO, LLC, for damages and prejudgment interest, together with costs of suit and reasonable attorney fees, and such other and further relief as the court may deem proper.

## COUNT V
## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW AS TO
## PLAINTIFF, BRENT KAILING

25.     Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 12 above.

26.     Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours.   Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally, for the following:

(a)     Unpaid overtime wages found to be due and owing;

(b)     An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c)     Prejudgment interest in the event liquidated damages are not awarded;

(d)     A reasonable attorney's fee and costs; and,

(e)     Such other relief as the Court deems just and equitable.

### COUNT VI
### UNPAID WAGES UNDER FLORIDA STATUTES, CHAPTER 448 AS TO
### PLAINTIFF BRENT KAILING AND
### AS TO DEFENDANT, GSC WHITTCO, LLC

27.     Plaintiff re-alleges the allegations contained in paragraphs 1 through 12 above.

28.     This is an action brought pursuant to and arising under Chapter 448, Florida Statutes and Florida common law.

29.     Defendant, GSC WHITTCO, LLC, has willfully failed to pay Plaintiff wages/compensation due to him with regard to his previous employment.  This constitutes unpaid wages, recoverable under Chapter 448, <u>Florida Statutes</u> and Florida common law.

30.     Pursuant to Chapter 448.08, <u>Florida Statutes,</u> Plaintiff is entitled to costs of the action and a reasonable attorney's fee.

WHEREFORE, Plaintiff requests judgment against the Defendant, GSC WHITTCO, LLC, for damages and prejudgment interest, together with costs of suit and reasonable attorney fees, and such other and further relief as the court may deem proper.

**JURY TRIAL DEMAND**

Plaintiffs demand a jury trial on all issues so triable.

Respectfully submitted,

Dated:  8/25/04

CHARLES L. SCALISE, ESQ.
Florida Bar No.: 0776327
K.E. PANTAS, ESQ.
Florida Bar No. 0978124
PANTAS LAW FIRM, P.A.
1720 S. Orange Avenue, 3rd Floor
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiff

# CIVIL COVER SHEET 6.04cv1278-18-JGG

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS:
RYAN J. BLOM, DAVID BLOM, and BRENT KAILING,

## DEFENDANTS:
GSC WHITTCO, LLC and GLEN WHITAKER,

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)     VOLUSIA

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  (IN U.S. PLAINTIFF CASES ONLY)
VOLUSIA
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS FOR PLAINTIFF:
CHARLES L. SCALISE, ESQUIRE,   #0776327
K.E. PANTAS, ESQUIRE, #0978124
PANTAS LAW FIRM. P. A.
1720 South Orange Avenue, 3rd Floor
Orlando, Florida 32806

## ATTORNEYS FOR DEFENDANTS:

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only)          FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT FO CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSIY.)   Fair Labor Standard Act of 1938, 29 U.S.C. Section 201, et seq

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefit<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault. Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury– Med Malpractice<br>☐ 365 Personal Injury– Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☒ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS – Third Party 26 USC 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agriculture Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $
(unspecified in complaint)

Check YES only if demanded in complaint:
JURY DEMAND:  ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY   (See instructions):

JUDGE___          DOCKET NUMBER___

DATE:
8/25/04

SIGNATURE OF ATTORNEY OF RECORD

CHARLES L. SCALISE, ESQ., PANTAS LAW FIRM
Florida Bar No.: 0776327
1720 South Orange Ave, 3rd Floor
Orlando, Florida  32806
(407) 425-5775